■ GENTILE'S INC., Appellant, v. NICHOLAS P. TERESI et al., Respondents, et al., Defendant.— Appeal from a judgment entered on a decision rendered at a Trial Term, County Court, Albany County. Judgment unanimously affirmed, with costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.